IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACS STATE HEALTHCARE, LLC, a Delaware Limited Liability Company, | ) ) ) | CASE NO. 4:08cv03021 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DAVID HEINEMAN, in his official capacity as GOVERNOR OF THE STATE OF NEBRASKA; JON BRUNING, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEBRASKA; CARLOS CASTILLO, in his official capacity as DIRECTOR, DEPARTMENT OF ADMINISTRATIVE SERVICES; CHRISTINE PETERSON, CHIEF EXECUTIVE OFFICER OF THE DEPARTMENT OF HEALTH & HUMAN SERVICES; and STEVE SULEK, in his official capacity as ACTING MATERIEL DIVISION ADMINISTRATOR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MOTION TO INTERVENE** |
| Defendants. | | |

COMES NOW FourThought Group, Inc. ("4TG"), by and through its counsel, and moves the Court for leave to intervene in the above-captioned proceeding as a Defendant as matter of right pursuant to Fed.R.Civ.P. 24(a) or, in the alternative, for permissive intervention pursuant to Fed.R.Civ.P. 24(b). In support of this motion, 4TG relies on the following:

1.      its Brief in Support of Motion to Intervene, filed contemporaneously herewith and incorporated herein by reference; and

2.      its Index of Evidence in Support of Motion to Intervene, which attaches the following:

    (a)     The Declaration of Barbera Bridgewater in Support of FourThought Group, Inc.'s Motion to Intervene; and

OM-258788-1

     (b)     4TG's proposed Answer to the Complaint filed herein as required by Fed. R. Civ. P. 24(c).

4TG further submits that it has conferred with Defendants' counsel regarding this Motion and Defendants have taken the position, through counsel, that they are not opposed to this Motion.

WHEREFORE, 4TG respectfully requests this Court enter an order allowing it to intervene as a Defendant as a matter of right pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, granting it permissive intervention pursuant to Fed. R. Civ. P. 24(b) and for such further relief as the Court may deem just and proper.

Dated this 19th day of February, 2008.

          FOURTHOUGHT GROUP, INC.
          Intervenor

By: /s/ Thomas H. Dahlk
     Thomas H. Dahlk (#15371)
     L. Steven Grasz (#19050)
     Theresa D. Koller (#22437)
     BLACKWELL SANDERS, LLP
     1620 Dodge Street, Suite 2100
     Omaha, NE 68102
     Telephone: (402) 964-5000
     Facsimile: (402) 964-5050
     tdahlk@blackwellsanders.com
     sgrasz@blackwellsanders.com
     tkoller@blackwellsanders.com

     ATTORNEYS FOR INTERVENOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

        Thomas J. Kenny
        Amber A. Furbee
        Suzanne M. Shehan
        KUTAK ROCK LLP
        The Omaha Building
        1650 Farnam Street
        Omaha, NE  68102-2186

          /s/  Thomas H. Dahlk

OM-258788-1