IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ACS STATE HEALTHCARE, LLC,   )
                             )
            Plaintiff,       )      4:08CV3021
                             )
      v.                     )
                             )
DAVE HEINEMAN, in his official)     ORDER
capacity as Governor of the  )
State of Nebraska, JON       )
BRUNING, in his official     )
capacity as Attorney General )
of the State of Nebraska,    )
CARLOS CASTILLO, in his      )
official capacity as         )
Director, Department of      )
Administrative Services,     )
CHRISTINE PETERSON, CEO of   )
the Department of Health &   )
Human Services, and STEVE    )
SULEK, in his official       )
capacity as Acting Material  )
Division Administrator,      )
                             )
            Defendants.      )
_____)
```

This matter is before the Court on the motion to intervene (Filing No. 34), filed by FourThought Group, Inc. The Court will grant the motion. Accordingly,

IT IS ORDERED that the motion to intervene filed by FourThought Group, Inc., is granted; said party is permitted to intervene as a defendant in this action.

DATED this 22nd day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court