NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (10/06)

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

ACS State Healthcare, LLC

        Plaintiff(s),　　　　　　　　　Case No.   04:08cv3021

v.

Heineman, et al.

        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __ACS State Healthcare, LLC__
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Affiliated Computer Services, Inc. owns (100%) ACS BRC Holdings, Inc. which owns (100%) of ACS Enterprise Solutions, Inc. which owns (100%) of ACS State Healthcare, LLC.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☑ Yes ☐ No
   If yes, identify all such owners:

   The parent owns 100% of the stock indirectly through the companies in 2 above.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 02/26/2008　　　　　　　　　　　s/ Amber A. Furbee
　　　　　　　　　　　　　　　　　　　　　　　(Signature)

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (10/06)

## CERTIFICATE OF SERVICE

I hereby certify that on ___02/26/2008___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Frederick J. Coffman, Thomas H. Dahlk, L. Steven Grasz, Theresa D. Koller, Frederick F. Neid, Thomas J. Kenny, and Suzanne M. Shehan

, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____.

s/Amber A. Furbee