IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACS STATE HEALTHCARE, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAVID HEINEMAN, in his official capacity as GOVERNOR OF THE STATE OF NEBRASKA; JON BRUNING, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEBRASKA; CARLOS CASTILLO, in his official capacity as DIRECTOR, DEPARTMENT OF ADMINISTRATIVE SERVICES; CHRISTINE PETERSON, CHIEF EXECUTIVE OFFICER OF THE DEPARTMENT OF HEALTH & HUMAN SERVICES; and STEVE SULEK, in his official capacity as ACTING MATERIEL DIVISION ADMINISTRATOR,<br><br>                    Defendants,<br><br>     and<br><br>FOURTHOUGHT GROUP, INC., an Arizona Corporation,<br><br>                    Intervenor Defendant | CASE NO. 4:08cv3021 |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST OF FOURTHOUGHT GROUP, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 Intervenor Defendant FourThought Group, Inc., makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes **X** No

2. Does Party have any parent corporations? ☐ Yes **X** No

OM-259931-1

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  ☐ Yes **X** No

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ Yes **X** No

Date: February 29, 2008.

                                                FOURTHOUGHT GROUP, INC.
                                                Intervenor Defendant

                                      By:  /s/ Theresa D. Koller
                                                Thomas H. Dahlk (#15371)
                                                L. Steven Grasz (#19050)
                                                Theresa D. Koller (#22437)
                                                BLACKWELL SANDERS, LLP
                                                1620 Dodge Street, Suite 2100
                                                Omaha, NE  68102
                                                Telephone:  (402) 964-5000
                                                Facsimile:  (402) 964-5050
                                                tdahlk@blackwellsanders.com
                                                sgrasz@blackwellsanders.com
                                                tkoller@blackwellsanders.com

                                                ATTORNEYS FOR FOURTHOUGHT GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

                    Amber A. Furbee     amber.furbee@kutakrock.com
                    Suzanne M. Shehan  suzanne.shehan@kutakrock.com
                    Thomas J. Kenny     thomas.kenny@kutakrock.com
                    Frederick F. Neid     fred.neid@nebraska.gov
                    Frederick J. Coffman  fred.coffman@nebraska.gov

OM-259931-1

Further, I hereby certify that on the 29th day of February, 2008, I placed copies of the foregoing document in regular U.S. first class postage prepaid mail to the following:

> John Bruning
> Charles Lowe
> Attorney General's Office
> 2115 State Capitol
> Lincoln, NE  68508

/s/ Theresa D. Koller

OM-259931-1