```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

ACS STATE HEALTHCARE, LLC,    )
                              )
            Plaintiff,        )           4:08CV3021
                              )
      v.                      )
                              )
DAVE HEINEMAN, in his official)           ORDER
capacity as Governor of the   )
State of Nebraska, JON        )
BRUNING, in his official      )
capacity as Attorney General  )
of the State of Nebraska,     )
CARLOS CASTILLO, in his       )
official capacity as          )
Director, Department of       )
Administrative Services,      )
CHRISTINE PETERSON, CEO of    )
the Department of Health &    )
Human Services, and STEVE     )
SULEK, in his official        )
capacity as Acting Material   )
Division Administrator,       )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the joint motion to amend final progression order (Filing No. 127). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; any motions to add parties or to amend pleadings to this action for the plaintiff shall be filed on or before September 1, 2008. Any motions to add parties or amend pleadings in this action for state defendants shall be filed on or before October 1, 2008.

Any motions to add parties or amend pleadings in this action for FourThought shall be filed on or before October 1, 2008.

DATED this 16th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court