IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ACS STATE HEALTHCARE, LLC, a      )
Delaware Limited Liability        )
Company,                          )
                                  )
              Plaintiff,          )        4:08CV3021
                                  )
        v.                        )
                                  )
DAVID HEINEMAN, in his official   )          ORDER
capacity as GOVERNOR OF THE       )
STATE OF NEBRASKA; JON BRUNING,   )
in his official capacity as       )
ATTORNEY GENERAL OF THE STATE     )
OF NEBRASKA; CARLOS CASTILLO,     )
in his official capacity as       )
DIRECTOR, DEPARTMENT OF           )
ADMINISTRATIVE SERVICES;          )
CHRISTINE PETERSON, CEO OF THE    )
DEPARTMENT OF HEALTH & HUMAN      )
SERVICES; and STEVE SULEK, in     )
his official capacity as ACTING   )
MATERIAL DIVISION ADMINISTRATOR,  )
                                  )
              Defendants,         )
                                  )
FOURTHOUGHT GROUP, INC.,          )
                                  )
              Defendant-Intervenor.)
_____)
```

This matter is before the Court on the motion for reconsideration and clarification, motion to intervene as plaintiff, and motion to amend complaint (Filing No. 134) filed in this action by Jonathan Lee Riches, an inmate currently incarcerated in a federal correctional institution in Salters, South Carolina.  The motions bear no relationship to any issue in the lawsuit, and based on content, the motions are frivolous.  Accordingly,

IT IS ORDERED that the motions are denied as frivolous. The clerk of court shall remove Jonathan Lee Riches from the docket as an "intervenor."

DATED this 1st day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court