IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACS STATE HEALTHCARE, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3021 |
| v. | ) ) | |
| DAVID HEINEMAN, in his official capacity as GOVERNOR OF THE STATE OF NEBRASKA; JON BRUNING, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEBRASKA; CARLOS CASTILLO, in his official capacity as DIRECTOR, DEPARTMENT OF ADMINISTRATIVE SERVICES; CHRISTINE PETERSON, CEO OF THE DEPARTMENT OF HEALTH & HUMAN SERVICES; and STEVE SULEK, in his official capacity as ACTING MATERIAL DIVISION ADMINISTRATOR, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants, | ) ) | |
| FOURTHOUGHT GROUP, INC., | ) ) | |
| Defendant-Intervenor. | ) ) | |

This matter is before the Court on the notice of appeal filed by Jonathan Lee Riches, appealing this Court's order denying him leave to intervene as a plaintiff in this action. This Court's order was dated and filed on August 1, 2008. Mr. Riches' notice of appeal was signed by him on September 2, 2008, and received by the Court on September 12, 2008.

IT IS ORDERED:

1) The clerk shall file the notice of appeal under seal in view of the outrageous and scurrilous comments contained in the notice which are totally irrelevant to the issues of the principal case.

2) The notice of appeal is deemed filed but not forwarded to the United States Court of Appeals for the Eighth Circuit until Jonathan Lee Riches pays the appropriate filing fee.

DATED this 19th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court