```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ACS STATE HEALTHCARE, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3021 |
| v. | ) ) | |
| DAVID HEINEMAN, in his official capacity as GOVERNOR OF THE STATE OF NEBRASKA; JON BRUNING, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEBRASKA; CARLOS CASTILLO, in his official capacity as DIRECTOR, DEPARTMENT OF ADMINISTRATIVE SERVICES; CHRISTINE PETERSON, CEO OF THE DEPARTMENT OF HEALTH & HUMAN SERVICES; and STEVE SULEK, in his official capacity as ACTING MATERIAL DIVISION ADMINISTRATOR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants, | ) ) | |
| FOURTHOUGHT GROUP, INC., | ) ) | |
| Defendant-Intervenor. | ) | |

This matter is before the Court on plaintiff's objection to the declarations of James Ohmberger, Lois Hanson, Ruth Gray, Margo Gamet and Sharon Butts (Filing No. 60); plaintiff's objection to the declarations of Jeff Myers and Barbera Bridgewater (Filing No. 73); and plaintiff's objection to declaration of Sharon Butts, state's Exhibit No. 106 (Filing No. 74). The Court notes that each of the above objections relates to the plaintiff's motion for a temporary restraining order and

preliminary injunction (Filing No. 9), which the Court has previously ruled upon (*See* Filing Nos. 75, 76).  Accordingly,

IT IS ORDERED that the aforementioned objections (Filing Nos. 60, 73, 74) are denied as moot without prejudice to refiling.

DATED this 22nd day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court