IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ACS STATE HEALTHCARE, LLC, a      )
Delaware Limited Liability        )
Company,                          )
                                  )
            Plaintiff,            )       4:08CV3021
                                  )
      v.                          )
                                  )
DAVID HEINEMAN, in his official   )       ORDER
capacity as GOVERNOR OF THE       )
STATE OF NEBRASKA; JON BRUNING,   )
in his official capacity as       )
ATTORNEY GENERAL OF THE STATE     )
OF NEBRASKA; CARLOS CASTILLO,     )
in his official capacity as       )
DIRECTOR, DEPARTMENT OF           )
ADMINISTRATIVE SERVICES;          )
CHRISTINE PETERSON, CEO OF THE    )
DEPARTMENT OF HEALTH & HUMAN      )
SERVICES; and STEVE SULEK, in     )
his official capacity as ACTING   )
MATERIAL DIVISION ADMINISTRATOR,  )
                                  )
            Defendants,           )
                                  )
FOURTHOUGHT GROUP, INC.,          )
                                  )
            Defendant-Intervenor. )
_____)
```

This matter is before the Court on the plaintiff's unopposed motion for extension of time (Filing No. 158). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until October 24, 2008, to file its brief in

opposition to State Defendants' motion for judgment on the pleadings.

DATED this 16th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court