IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ACS STATE HEALTHCARE, LLC, a      )
Delaware Limited Liability        )
Company,                          )
                                  )
            Plaintiff,            )      4:08CV3021
                                  )
      v.                          )
                                  )
FOURTHOUGHT GROUP, INC.,          )      ORDER
                                  )
            Defendant-Intervenor. )
_____)
```

This matter is before the Court on the stipulation and joint motion to amend second amended final progression order (Filing No. 222). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED:

1) Discovery is extended to July 31, 2009.

2) The deadline for filing motions challenging the qualifications of an expert or the admissibility of testimony of an expert witness under Rule 702 (*Daubert*) is extended to July 17, 2009.

3) Motions for summary judgment shall be filed on or before July 31, 2009.

4) A final pretrial conference is scheduled before Magistrate Judge F.A. Gossett on:

**Monday, August 10, 2009, at 10 a.m**.

in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

5) Trial of this matter remains scheduled before the undersigned on:

**Monday, August 31, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court