IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACS STATE HEALTHCARE, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3021 |
| v. | ) ) | |
| FOURTHOUGHT GROUP, INC., | ) ) | ORDER |
| Defendant-Intervenor. | ) ) | |

This matter is before the Court on plaintiff's motion to compel a discovery response (Filing No. 208). The Court heard oral argument on this and other pending motions on Monday, July 20, 2009. The Court will reserve ruling on plaintiff's Filing No. 208 motion to compel until is has reviewed the documents at issue. Accordingly,

IT IS ORDERED that defendant shall provide all documents that are the subject of plaintiff's Filing No. 208 motion to compel that have not been produced on the grounds of privilege to the Court for in camera inspection within three (3) days.

DATED this 20th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court