IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACS STATE HEALTHCARE, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3021 |
| v. | ) ) | |
| FOURTHOUGHT GROUP, INC., | ) ) | ORDER |
| Defendant-Intervenor. | ) ) | |

This matter is before the Court on the joint motion to extend discovery and summary judgment deadlines (Filing No. 262). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The deadline to complete discovery is extended to December 15, 2009;

2) The deadline to file summary judgment motions is extended to December 15, 2009.

3) All other deadlines contained in the third amended final progression order (Filing No. 259) remain in full force and effect.

DATED this 16th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court